No. 96–1680.  SILVER, SPEAKER OF THE HOUSE FOR THE NEW YORK STATE ASSEMBLY, ET AL. *v.* DIAZ ET AL.;

No. 96–1904.  ACOSTA ET AL. *v.* DIAZ ET AL.; and

No. 96–2008.  LAU ET AL. *v.* DIAZ ET AL.  Affirmed on appeals from D. C. E. D. N. Y.  Reported below: 978 F. Supp. 96.

No. 96–1598.  O'LEARY ET AL. *v.* MACK ET AL.  C. A. 7th Cir.  Motion of respondent John Mack for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *City of Boerne* v. *Flores,* 521 U. S. 507 (1997).

No. 96–1853.  BURLINGTON NORTHERN RAILROAD CO. *v.* ESTATE OF RED WOLF ET AL.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Strate* v. *A–1 Contractors,* 520 U. S. 438 (1997).

No. 96–8308.  LANCASTER *v.* FLORIDA.  Sup. Ct. Fla.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lynce* v. *Mathis,* 519 U. S. 433 (1997).

No. 96–8531.  LAMB *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lynce* v. *Mathis,* 519 U. S. 433 (1997).